No. 89–5410. WOJTCZAK v. FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–5416. SANDERS v. TRICKEY, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–5417. WALTERS v. GAITHER, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 89–5418. LONG v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 89–5425. GRANT v. FARNSWORTH ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–5429. DEMPSEY v. UNITED STATES ATTORNEY ET AL. C. A. 1st Cir. Certiorari denied.

No. 89–5456. SALAM v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 89–5458. GALLAWAY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–5459. SIMS v. SULLIVAN, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 89–5462. HARDIN v. BOYD CIRCUIT COURT ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–5471. WAYNE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–5472. TANO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–5480. BROWN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–5486. CASTRO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.